Earle V. POWELL, Commissioner, Depart-
ment of Economic Security, etc., Appellant,

v.

Vencil PRUITT, Appellee.

Court of Appeals of Kentucky.

March 13, 1964.

Paul E. Tierney, Forest Smith, Dept. of
Economic Security, Frankfort, for appel-
lant.

William R. Redwine, Sandy Hook, for ap-
pellee.

MONTGOMERY, Judge.

Earle V. Powell, as Commissioner
of the Department of Economic Security,
has appealed from a judgment in favor of
Vencil Pruitt holding that Pruitt "is per-
manently and totally disabled and qualified
to receive aid to dependant (sic) children as
contemplated by the Public Assistance
Law." The judgment reversed a ruling by
the Appeal Board holding appellee ineligible
to receive aid for his dependent children.
See KRS 205.230.

Appellee has failed to file a brief. Pursu-
ant to RCA 1.260(c) (2), the failure of
appellee to file a brief is regarded as a con-
fession of error, requiring a reversal. Ap-
pellant's brief reasonably appears to sus-
tain such action. On the record the judg-
ment is erroneous. Powell v. Bingham,
Ky., 350 S.W.2d 150.

Judgment reversed.